JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA INEZA, | Case No. EDCV 09-537-VAP (Ex) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| COUNTRYWIDE BANK FSB, a National Bank Corporation, RECONTRUST COMPANY, a California Corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: April 16, 2009

_____
VIRGINIA A. PHILLIPS
United States District Judge